**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

VELMA NIEMANN,                    )
                                  )
          Plaintiff,              )
                                  )       No.: 4:17-cv-02058-DDN
v.                                )
                                  )
WEBHOMEYZ, LLC,                   )
                                  )
          Defendant.              )

*So ordered*
*DDN*
*10/18/18*

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Velma Niemann, by and through her undersigned counsel, and

pursuant to Rule 41 of Federal Rules of Civil Procedures, hereby dismisses this matter with

prejudice, each party to bear her/its own costs and attorney's fees.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: s/ Christopher E. Roberts

    Christopher E. Roberts #61895
    David T. Butsch #37539
    231 South Bemiston Ave., Suite 260
    Clayton, MO 63105
    (314) 863-5700 (telephone)
    (314) 863-5711 (fax)
    Roberts@ButschRoberts.com
    Butsch@ButschRoberts.com

    Attorney for Plaintiff

**ROBERTS PERRYMAN, P.C**

By: /s/   Chandler D. Atkins

    Chandler D. Atkins# 61713
    R. C. Wuestling #30773
    1034 S. Brentwood, Ste. 2100
    St. Louis, MO 63117
    (314) 421-1850 (telephone)
    (314)421-4346 (fax)
    Catkins@robertsperryman.com
    Rwuestling@robertsperryman.com

    Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on October 17, 2018 to all counsel of record.

/s/ Christopher E. Roberts